U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
DEC 4 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| **ANTHONY BOPEE McCARTY** | **CIVIL ACTION NO. 08-1229-A** |
| -vs- | **JUDGE DRELL** |
| **KEITH SALONE, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that McCarty's motion for a temporary restraining order and preliminary injunction (Doc. No. 7) is DENIED.

SIGNED on this 4th day of December, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE